Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. PHŒBE DICKINSON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES DICKINSON, v. KEE LOX MANUFACTURING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM CHICHESTER, Respondent, for Compensation under the Workmen's Compensation Law, v. ALMIRALL & COMPANY, INC., Employer, and LIBERTY MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.